IN UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION


AMY DENIESE FENDLEY                                                              PLAINTIFF

vs.                                    Civil No. 6:26-cv-06006

FRANK BISIGNANO                                                                 DEFENDANT
Commissioner, Social Security Administration


**MEMORANDUM OPINION**

On April 23, 2026, Defendant filed an Unopposed Motion for Reversal and Remand and Brief in Support. ECF Nos. 10, 11. The Plaintiff has no objection to the remand. *Id.* The parties have consented to the jurisdiction of a magistrate judge to conduct all proceedings in this case, including conducting the trial, ordering the entry of a final judgment, and conducting all post-judgment proceedings. ECF No. 6. Pursuant to this authority, the Court issues this memorandum opinion and orders the entry of a final judgment in this matter.

According to Defendant, after further consideration and review of the administrative law judge's decision and the certified administrative record, the Commissioner respectfully requests a remand so further administrative proceedings may be conducted. ECF No. 11.

This Court finds this motion is well taken and should be granted. The Commissioner's decision is reversed, and this matter is hereby remanded pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings. Plaintiff may still, however, file a motion for attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.

A judgment incorporating these findings will be entered pursuant to Federal Rules of Civil Procedure 52 and 58.

1

**ENTERED** this **24th day of April 2026.**

/s/ *Spencer G. Singleton*
HONORABLE SPENCER G. SINGLETON
UNITED STATES MAGISTRATE JUDGE